IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-4022 DEO |
| Plaintiff, | **COUNT 1** (Felon in possession of firearm)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |
| vs. | |
| RALPH ROGERS | **COUNT 2** (Kidnapping)<br>18 U.S.C. § 1201 |
| Defendant. | |
| | **COUNT 3** (Possession of firearm in furtherance of a crime of violence)<br>18 U.S.C. § 924(c)(1)(A) |
| | **FORFEITURE ALLEGATION**<br>18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges:

### COUNT I

From an unknown date until December 7, 2010, in the Northern District of Iowa, defendant, RALPH ROGERS, knowingly possessed in and affecting interstate commerce a firearm, that is, (1) a Ruger, Model 10-22, .22 caliber rifle, serial number 245-20176 and (2) a .45 caliber Ruger revolver, and ammunition, 60 live Winchester .45 caliber ammunition rounds. Defendant previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a June 7, 2007, conviction for possession of methamphetamine, a class IV felony, in Nebraska Case Number CR07-45.

This was a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT II

On or about December 5, 2010, in the Northern District of Iowa, defendant, RALPH ROGERS, did willfully and unlawfully, kidnap, abduct, seize, confine, and carry away, Courtney Rogers, and transport the victim in interstate commerce from Nebraska to Iowa, and hold her for ransom, reward, or otherwise (e.g. sexual gratification).

This was a violation of Title 18, United States Code Section 1201.

## COUNT III

On or about December 5, 2010, in the Northern District of Iowa, defendant, RALPH ROGERS, possessed a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States (as charged in Count 2 of this Indictment). The firearm was a .45 caliber Roger revolver. Also, on or about December 4, 2010, RALPH ROGERS, brandished at another person the firearm listed above.

This was in violation of title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

By virtue of having committed the acts specified in this Indictment, defendant, RALPH ROGERS, shall forfeit to the United States any firearms or ammunition involved in or used in the knowing violation of Title 18, United States Code Section 922(g)(1), including but not limited to the firearms and ammunition listed above.

This pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

STEPHANIE M. ROSE
United States Attorney

By: /s/

FORDE FAIRCHILD
Assistant United States Attorney

A TRUE BILL

/s/
Foreperson
Dated: February 17, 2011

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
IN THE PRESENCE OF THE
GRAND JURY
And filed 2-18-11
ROBERT L. PHELPS, CLERK