IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-4022-DEO |
|---|---|
| Plaintiff, | ) **COUNT 1** (Felon in possession of firearm) |
| | ) 18 U.S.C. § 922(g)(1) |
| vs. | ) 18 U.S.C. § 924(a)(2) |
| RALPH ROGERS | ) **COUNT 2** (Kidnaping) |
| | ) 18 U.S.C. § 1201 |
| Defendant. | ) |
| | ) **COUNT 3** (Possession of firearm in furtherance of a crime of violence) |
| | ) 18 U.S.C. § 924(c)(1)(A) |
| | ) **COUNT 4** (Interstate Stalking) |
| | ) 18 U.S.C. § 2261A |
| | ) **COUNT 5** (Failure to appear after pre-trial release) |
| | ) 18 U.S.C. § 3146(a)(1) |
| | ) **FORFEITURE ALLEGATION** |
| | ) 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT I

From an unknown date until December 7, 2010, in the Northern District of Iowa, defendant, RALPH ROGERS, knowingly possessed in and affecting interstate commerce a firearm, that is, (1) a Ruger, Model 10-22, .22 caliber rifle, serial number 245-20176 and (2) a .45 caliber Ruger revolver, and ammunition, that is, 60 live

Winchester .45 caliber ammunition rounds. Defendant previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a conviction for possession of methamphetamine, a class IV felony, in Dakota County Nebraska Case Number CR07-45 from on or about June 2007.

This was a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT II

On or about December 5, 2010, in the Northern District of Iowa, defendant, RALPH ROGERS, did willfully and unlawfully, kidnap, abduct, seize, confine, and carry away, C.R., and transport the victim in interstate commerce from Nebraska to Iowa, and hold her for ransom, reward, or otherwise (*e.g.*, sexual gratification).

This was a violation of Title 18, United States Code Section 1201.

## COUNT III

On or about December 5, 2010, in the Northern District of Iowa, defendant, RALPH ROGERS, possessed a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States (as charged in Count 2 of this Indictment). The firearm was a .45 caliber Ruger revolver. Also, on or about December 4, 2010, RALPH ROGERS, brandished at another person the firearm listed above.

This was in violation of title 18, United States Code, Section 924(c)(1)(A).

## COUNT IV

From an unknown date until December 5, 2010 in the Northern District of Iowa and elsewhere, defendant, RALPH ROGERS, traveled in interstate commerce from in

or near Sioux City in the State of Iowa to in or near South Sioux City in the State of Nebraska with the intent to kill, injure, harass, and placed under surveillance with intent to kill, injure, harass, and intimidate another person, C.R., and in the course of and as a result of such travel placed C.R. in reasonable fear of death and serious bodily injury, and caused C.R. and members of C.R.'s immediate family (as defined by 18 U.S.C. 115) substantial emotional distress. Defendant, Ralph Rogers, used a dangerous weapon during this offense and serious bodily injury to the victim resulted from this offense.

This was in violation of Title 18, United States Code, Section 2261A.

## COUNT V

On or about June 23, 2011, in the Northern District of Iowa, the defendant, RALPH ROGERS, having been charged with a violation of (1) Title 18, United States Code, Section 922(g)(1), felon in possession of firearm, a felony; (2) Title 18, United States Code, Section 1201, Kidnaping, a felony; and (3) Title 18, United States Code, Section 924(c)(1)(A), possession of firearm in furtherance of a crime of violence, a felony, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charges, for appearance before the Honorable Paul A. Zoss, Chief United States Magistrate Judge, at 2:00 p.m. on June 23, 2011, for a revocation of pretrial release hearing in Case No. CR11-4022-DEO, entitled *United States v. Ralph Rogers*, did knowingly and wilfully fail to appear as required.

This was in violation of 18 U.S.C. § 3146(a)(1).

## FORFEITURE ALLEGATION

By virtue of having committed the acts specified in this Indictment, defendant, RALPH ROGERS, shall forfeit to the United States any firearms or ammunition involved in or used in the knowing violation of Title 18, United States Code Section 922(g)(1), including but not limited to the firearms and ammunition listed above.

This pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

A TRUE BILL

S/ ███████████

Foreperson

Dated: 7/18/2012

STEPHANIE M. ROSE
United States Attorney

By: ███████████

FORDE FAIRCHILD
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 7-18-12
ROBERT L. PHELPS, CLERK